**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MOHAMMAD ZAHID ASLAM,

Plaintiff,

v.

ALBERTO GONZALES,
Attorney General, *et al.*,

Defendants.

CIVIL ACTION NO. 1:07cv331

**DEFENDANTS' MOTION TO DISMISS & *ROSEBORO* NOTICE**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), defendants hereby respectfully move this Court to dismiss plaintiff's complaint in the above-captioned matter for a lack of subject matter jurisdiction. The grounds for this motion are fully explicated in the accompanying memorandum of law in support of this motion.

Pursuant to Local Rule 7(J), and in accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), plaintiff is advised that he has the right to file a response opposing this motion, and that failure to respond may result in the relief requested in this motion – the dismissal of his complaint – being granted. Plaintiff's response must identify all facts stated by defendants with which plaintiff disagrees and must set forth his version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a statement that it is filed under penalty of perjury). Plaintiff may also file a legal brief in opposition to the one filed by the defendants. Unless the Court orders otherwise, plaintiff's response must be filed, and a copy provided to defendants' counsel, within twenty (20) days of

the date the Defendant's motion is filed. Defendants' motion was filed on June 12, 2007.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: /s/

DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

DATE: June 12, 2007

ATTORNEYS FOR DEFENDANTS

OF COUNSEL: Michael Metzgar
Department of Homeland Security

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true copy of the foregoing was served on plaintiff (a "non-filing user") by first class mail addressed to:

Mohammad Zahid Aslam
5510 N. Morgan Street, Apt. #304
Alexandria, Virginia 22312

Date: June 12, 2007

/s/

DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov