FILED
MAILROOM
JUL - 2 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Case No.: **Case No. 1:07CV331**

**USCIS File No. A 076 185 004**

## Plaintiff's Sworn Statement

I Plaintiff, Mohammad Zahid Aslam respectfully state that all my statements in "Opposition to Defendant's Motion to Dismiss" and "Amendment in the prayer for Relief" are true to the best of my knowledge.

Dated this 30th day of June, 2007.

**MOHAMMAD ZAHID ASLAM, Pro Se**
**5510 N. Morgan St, Apt # 304**
**Alexandria, VA 22312**
**Phone:(703)354-6664**
**Cell: (703)582-5820**
**zzahid@hotmail.com**