Date: 7.13.07

JUDGE: BRINKEMA
REPORTER: Thomson

Start: 11:10
Finish: 11:12

Civil Action Number: 1:07cv331

Mohammad Zahid Aslam

VS.

Alberto Gonzales et al.

Deft's [✓]
Pltf's [ ]Motion to/for:

DFTS MTN TO DISMISS for lack of jurisdiction - DENIED

Argued &
Granted [ ] Denied [✓] Granted in part/Denied in part [ ] Continued [ ]
Taken Under Advisement [ ]

CT TO ISSUE ORDER.