**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MOHAMMED ZAHID ASLAM,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MUKASEY,<br>Attorney General, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:07cv331 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c), defendants, through their undersigned counsel, hereby respectfully move the Court for the entry of summary judgment in their favor of plaintiff's claims in the above-captioned matter. The grounds for this motion are fully explicated in the accompanying memorandum of law in support of the motion.

Pursuant to Local Rule 7(K), and in accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), plaintiff is advised that he has the right to file a response opposing this motion, and that failure to respond may result in the relief requested in this motion – the entry of summary judgment in defendants' favor – being granted. Plaintiff's response must identify all facts stated by defendants with which plaintiffs disagrees and must set forth his version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a statement that it is filed under penalty of perjury). Plaintiff may also file a legal brief in opposition to the one filed by the defendants. Unless the Court orders otherwise, plaintiff's response must be filed, and a copy provided to defendants' counsel,

within twenty (20) days of the date the defendants' motion is filed. Defendants' motion is being filed on December 3, 2007.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: /s/

DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov

Date: December 3, 2007

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true copy of the foregoing was served on plaintiff (a "non-filing user") by first-class mail addressed to:

Mohammed Zahid Aslam
937 N. Van Dorn Street, Apt. #200
Alexandria, Virginia 22312

Date: December 3, 2007 /s/

DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov

ATTORNEYS FOR DEFENDANTS